UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-00096-DDD-KAS

UBER TECHNOLOGIES, INC.,

    Plaintiff,

v.

SCOTT MOSS, Director of the Division of Labor Standards and Statistics,
in his official capacity, and
JARED POLIS, Governor of Colorado,

    Defendants.

## RULE 41(A)(1)(A)(I) NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT JARED POLIS

Plaintiff Uber Technologies, Inc. ("Uber"), pursuant to F.R.C.P. 41(a)(1)(A)(i), through this notice dismisses its claims against Defendant Governor Jared Polis. Uber is dismissing its claims against Defendant Polis only.

Dated: February 7, 2025.                    Respectfully submitted,

                                                                          *s/Kathryn A. Reilly*
Frederick R. Yarger
Kathryn A. Reilly
Virginia M. Creighton
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: yarger@wtotrial.com
       reilly@wtotrial.com
       creighton@wtotrial.com

Michael J. Gottlieb
Jeremy Bylund
Meryl Governski
Willkie Farr Gallagher LLP
1875 K Street N.W.
Washington, DC 20006-1238
Telephone: 202.303.1016
Email: MGottlieb@willkie.com
       jbylund@willkie.com
       governski@willkie.com

Simona A. Agnolucci
Jonathan A. Patchen
Argemira Flórez
Alyxandra N. Vernon
Willkie Farr & Gallagher LLP
333 Bush Street, Floor 34
San Francisco, CA 94104
Telephone: 415.858.7400
Email: SAgnolucci@willkie.com
       jpatchen@willkie.com
       aflorez@willkie.com
       avernon@willkie.com

Attorneys for Plaintiff Uber Technologies, Inc.

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE (CM/ECF)

  I HEREBY CERTIFY that on February 7, 2025, I electronically filed the foregoing **RULE 41(A)(1)(A)(I) NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT JARED POLIS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Peter G. Baumann**
  peter.baumann@coag.gov

- **Tanya Santillan**
  Tanya.Santillan@coag.gov

- **J. Gregory Whitehair**
  Greg.Whitehair@coag.gov

            *s/Carolie Ventola*