UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-00096-DDD-KAS

UBER TECHNOLOGIES, INC.,

      Plaintiff,

v.

SCOTT MOSS, Director of the Division of Labor Standards
and Statistics, in his official capacity,

      Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR EARLY TRIAL SETTING

### CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a), on March 17, 2025, undersigned counsel conferred with counsel for Defendant via zoom conference. While Defendant disagrees with the need for emergency resolution, the Parties have negotiated a pretrial schedule that supports a trial as early as October 2025, and Defendant does not oppose the relief requested in this motion.

### MOTION

On February 7, 2025, Uber filed an Emergency Motion for Status Conference to Set Expedited Case Schedule and Trial Date requesting a June 2025 trial date. (ECF No. 49.) On February 11, 2025, the Court granted in part Uber's motion, recognized that "given the nature of this case, an expedited schedule may be appropriate," and instructed the parties to confer and submit a scheduling order. (ECF No. 51.)

1

The parties conferred and reached a compromise on the case schedule, which they submitted in the Proposed Scheduling Order filed on February 28, 2025, including a request for trial setting for a three-day bench trial in October 2025, subject to the Court's availability. (ECF No. 55.) .

Uber recognizes that the Court's practice standards provide that the Court will generally contact the parties to set a trial date after the dispositive motions deadline has passed and the Court has issued rulings, DDD Civ. P.S. IV(A)(1). Uber contends the circumstances of this case justify deviation from these standard procedures and is requesting the setting of an early trial date to address Uber's allegations of ongoing irreparable constitutional and reputational harm resulting from the First Amendment violations alleged in this lawsuit. *Cnty. of Butler v. Wolf*, 2020 WL 2769105, at *5 (W.D. Pa. May 28, 2020) ("Expedited review of alleged ongoing infringement of [First Amendment] rights is certainly warranted."). Uber believes a speedy hearing on its claims for declaratory and injunctive relief is necessary and appropriate, Fed. R. Civ. P. 57, and the Parties have conferred about how to bring the case to trial on an expedited basis.

## **CONCLUSION**

Uber respectfully requests and the Defendant does not oppose that the Court set this case for a three-day bench trial in October, 2025, or shortly thereafter at the Court's convenience.

Dated:  March 19, 2025.

Respectfully submitted,

*s/ Kathryn A. Reilly*
Frederick R. Yarger
Kathryn A. Reilly
Virginia M. Creighton
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   yarger@wtotrial.com
            reilly@wtotrial.com
            creighton@wtotrial.com

Michael J. Gottlieb
Jeremy Bylund
Meryl Governski
Willkie Farr Gallagher LLP
1875 K Street N.W.
Washington, DC 20006-1238
Telephone:     202.303.1016
Email:  MGottlieb@willkie.com
          jbylund@willkie.com
          governski@willkie.com

Simona A. Agnolucci
Jonathan A. Patchen
Argemira Flórez
Alyxandra N. Vernon
Willkie Farr & Gallagher LLP
333 Bush Street, Floor 34
San Francisco, CA 94104
Telephone:     415.858.7400
Email:  SAgnolucci@willkie.com
          jpatchen@willkie.com
          aflorez@willkie.com
          avernon@willkie.com

Attorney for Plaintiff Uber Technologies, Inc.

3

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

### CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on March 19, 2025, I electronically filed the foregoing Plaintiff's Unopposed Motion for Early Trial Setting with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Tanya Santillan**
  Tanya.Santillan@coag.gov

- **J. Gregory Whitehair**
  Greg.Whitehair@coag.gov

- **Pawan Nelson**
  Pawan.Nelson@coag.gov

*s/ Claudia L. Jones*

4