IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00096-DDD-KAS

UBER TECHNOLOGIES, INC.,

        Plaintiff,

v.

SCOTT MOSS, Director of the Division of Labor Standards and Statistics, in his official capacity,

        Defendant.

## MOTION TO WITHDRAW BY ARGEMIRA FLOREZ

Argemira Florez of Cooley LLP hereby moves to withdraw, pursuant to D.C.Colo.LAttyR 5(b), on behalf of Plaintiff Uber Technologies, Inc. ("Plaintiff"). Effective June 16, 2025, Ms. Florez was no longer affiliated with Willkie, Farr & Gallagher LLP. As such, good cause exists for Ms. Florez's withdrawal as counsel for Plaintiff. Plaintiff will continue to be represented by Michael Gottlieb and Alyxandra Vernon of Willkie, Farr & Gallagher LLP and Frederick Yarger, Katie Reilly and Virginia Creighton of Wheeler Trigg O'Donnell LLP, all of whom have already entered their appearance on behalf of Plaintiff. There will be no prejudice to Plaintiff or to the orderly progression of this case. Plaintiff has been informed of this withdrawal of counsel. This motion will be served contemporaneously by counsel on Plaintiff.

///

///

///

///

///

///

- 2 -

WHEREFORE, pursuant to D.C.Colo.LAttyR 5(b), Ms. Florez moves the Court to find good cause for this withdrawal and to enter an Order to make it effective.

Respectfully submitted this 30th day of June, 2025.

Dated: June 30, 2025                                COOLEY LLP


                                                    By:  */s/ Argemira Florez*
                                                         Argemira Florez
                                                         aflorez@cooley.com

                                                    3 Embarcadero Center
                                                    20th Floor
                                                    San Francisco, CA  94111-4004
                                                    Telephone:   +1 415 693 2000
                                                    Facsimile:   +1 415 693 2222

                                                    Attorneys for Plaintiff

320940172