UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-00096-DDD-KAS

UBER TECHNOLOGIES, INC.,

        Plaintiff,

v.

SCOTT MOSS, Director of the Division of Labor Standards and Statistics, in his official capacity,

        Defendant.

**JOINT MOTION TO CONTINUE THE TRIAL
AND RELATED DEADLINES**

Pursuant to D.C. COLO.LCivR 6.1, the Parties, by and through their undersigned counsel, hereby move the Court to adjourn the trial currently set to begin on October 15, 2025, to December 3, 2025. In support thereof, the Parties state as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for the Parties conferred and agree that the relief requested herein is appropriate.

### BASIS FOR MOTION AND REQUESTED RELIEF

1. On April 15, 2025, the Court granted the Unopposed Motion for Early Trial Setting of Plaintiff Uber Technologies Inc. and set a three-day bench trial to commence on October 15, 2025 (the "Trial Preparation Order"). [ECF No. 65]

2. The Trial Preparation Order also set a combined Final Pretrial Conference and Trial Preparation Conference for October 3, 2025, as well as deadlines for a number of pre-trial tasks.

3. On April 21, 2025, the Court entered a Scheduling Order setting forth, among other things, various discovery deadlines. [ECF No. 67]

4. Since then, the Parties have been engaged in significant discovery, including the substantial completion of written discovery.

5. The Parties have also been engaged in settlement discussions, which have seen meaningful progress. The Parties are now optimistic that they will be able to reach a mutually agreeable resolution.

6. The Parties are cognizant of Your Honor's Practice Standards, and in particular that "hearings, trials, and pretrial deadlines will generally not be continued or vacated to

facilitate settlement negotiations or alternative dispute resolution." DDD Civ. P.S. I(H)(2). However, in these circumstances, a continuance is appropriate under the factors outlined in *United States v. West*, 828 F.2d 1468, 1469-70 (10th Cir. 1987), as referenced in Your Honor's Practice Standards. DDD Civ. P.S. I(F).

7. The Parties have timely informed the Court of the progress of their settlement negotiations, demonstrating adequate diligence.

8. A continuance of the case deadlines will permit the Parties to focus on finalizing their negotiations rather than dividing that focus between negotiating a resolution and litigating this case. That concern is particularly relevant in light of the limited resources available to the Colorado state agencies involved in this litigation to dedicate to both such fronts.

9. Should the continuance be denied, the Parties believe that achieving a mutually agreeable resolution will be substantially more difficult and likely take longer to achieve, if it all. In those circumstances, the Parties, their witnesses (who have yet to be deposed), and the Court will all be subject to additional inconvenience given the numerous upcoming deadlines and compressed schedule. Such inconvenience will be alleviated if a continuance is granted and settlement successful.

10. The Parties are aligned that continuing the trial commencement date to December 3, 2025, and continuing the related deadlines, will meaningfully improve the chances of settlement. The Parties further agree that good cause exists for the requested continuance, that none of them will be prejudiced by it, and that granting this Motion will not cause undue delay.

11. Defendant previously sought and was granted a 14-day extension of time for the service of technical expert disclosures and rebuttal reports. [ECF Nos. 77, 79] No other extensions have been sought or granted.

12. Accordingly, the Parties respectfully request the Court continue the trial date and amend the Trial Preparation Order and Scheduling Order as outlined in the below chart, as this will permit the parties to focus on and complete settlement discussions.

| Prior Deadline | New Deadline | Event |
| --- | --- | --- |
| July 21, 2025 | September 8, 2025 | Deadline to file expert reports / Rule 26(a)(2)(C) Disclosures |
| August 4, 2025 | September 22, 2025 | Deadline to file expert rebuttal reports |
| August 25, 2025 | October 10, 2025 | Deadline to complete discovery |
| August 29, 2025 | October 14, 2025 | Uber's Deadline to File Opening Trial Brief |
| August 29, 2025 | October 14, 2025 | Deadline to File Daubert Motions (Motions to Exclude Expert Testimony FRE 702) |
| August 29, 2025 | October 14, 2025 | Uber's Deadline to Disclose Deposition Designations |
| September 5, 2025 | October 20, 2025 | Defendant's Deadline to Disclose Deposition Designations |
| September 5, 2025 | October 20, 2025 | Deadline to Disclose Exhibit Lists |
| September 9, 2025 | October 23, 2025 | Uber's Deadline to Disclose Rebuttal Designations |
| September 12, 2025 | October 27, 2025 | Deadline to Exchange Objections to Deposition Designations |
| September 12, 2025 | October 27, 2025 | Deadline to Exchange Objections to Exhibits |

4

| September 16, 2025 | October 30, 2025 | Defendant's Deadline to File Responsive Trial Brief |
|---|---|---|
| September 16, 2025 | October 30, 2025 | Deadline to File Responses to Motions to Exclude Expert Testimony |
| September 19, 2025 | November 3, 2025 | Deadline to File Unresolved Deposition Objections |
| September 19, 2025 | November 3, 2025 | Deadline to File Unresolved Exhibit Objections |
| September 19, 2025 | November 3, 2025 | Deadline to File Motions in Limine |
| September 24, 2025 | November 7, 2025 | Uber's Deadline to File Reply Trial Brief |
| September 24, 2025 | November 7, 2025 | Deadline to File Replies ISO Motions to Exclude Expert Testimony |
| September 26, 2025 | November 10, 2025 | Deadline to File Responses to Deposition Objections |
| September 26, 2025 | November 10, 2025 | Deadline to File Responses to Exhibit Objections |
| September 26, 2025 | November 10, 2025 | Deadline to File Responses to Motions in Limine |
| September 30, 2025 | November 14, 2025 | Deadline to File Proposed Witness Lists |
| September 30, 2025 | November 14, 2025 | Deadline to File Joint Proposed Exhibit List |
| September 30, 2025 | November 14, 2025 | Deadline to File Proposed Final Pretrial Order |
| October 1, 2025 | November 17, 2025 | Deadline to File Cross-Examination Time |
| October 2, 2025 | November 18, 2025 | Defendant's Deadline to File Sur-Reply Trial Brief |

| October 3, 2025 | November 21, 2025 | Final Pretrial Conference and Trial Preparation Conference<br>10:30 a.m. |
|---|---|---|
| October 6, 2025 | November 24, 2025 | Deadline to File Proposed Findings of Fact and Conclusions of Law |
| October 10, 2025 | November 26, 2025 | Deadline to Submit Trial Exhibits |
| October 15, 2025 | December 3, 2025 | Deadline to Submit Final Witness Lists |
| October 15, 2025 | December 3, 2025 | Deadline to Submit Final Joint Exhibit List |
| October 15–17, 2025 | December 3-5, 2025 | Three-Day Bench Trial<br>8:30 - 5:00 |

13. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this Motion will be served contemporaneously upon the Parties by their respective attorneys.

WHEREFORE, the Parties respectfully request that this Court:

(1) continue the trial commencement date to December 3, 2025;

(2) continue the Final Pretrial Conference and Trial Preparation Conference to November 21, 2025, or such other date as convenient for the Court; and

(3) adjourn the other case deadlines as reflected above.

6

Dated: July 25, 2025                                    Respectfully submitted,

| | |
|---|---|
| *s/ Andrew S. Gehring* | *s/ Peter G. Baumann* |
| Frederick R. Yarger | PHILIP J. WEISER |
| Kathryn A. Reilly | Attorney General |
| Andrew S. Gehring | |
| Virginia M. Creighton | J. GREGORY WHITEHAIR* |
| Wheeler Trigg O'Donnell LLP | Senior Assistant Attorney General |
| 370 Seventeenth Street, Suite 4500 | PAWAN NELSON* |
| Denver, CO 80202 | Senior Assistant Attorney General |
| Telephone: 303.244.1800 | TANYA SANTILLAN* |
| Facsimile: 303.244.1879 | Assistant Attorney General |
| Email: yarger@wtotrial.com | PETER G. BAUMANN |
|   reilly@wtotrial.com | Senior Assistant Attorney General |
|   gehring@wtotrial.com | |
|   creighton@wtotrial.com | 1300 Broadway, 10th Floor |
| | Denver, CO 80203 |
| Michael J. Gottlieb | Telephone: 720-508-6584, 6578, 6130 |
| Jeremy Bylund | |
| Willkie Farr & Gallagher LLP | E-Mail: greg.whitehair@coag.gov |
| 1875 K Street N.W. |   pawan.nelson@coag.gov |
| Washington, DC 20006-1238 |   tanya.santillan@coag.gov |
| Telephone: 202.303.1016 |   peter.baumann@coag.gov |
| Email: MGottlieb@willkie.com | |
|   jbylund@willkie.com | *Counsel of Record for Defendant Scott Moss, in his official capacity |
| | |
| Alyxandra N. Vernon | |
| Willkie Farr & Gallagher LLP | |
| 333 Bush Street, Floor 34 | |
| San Francisco, CA 94104 | |
| Telephone: 415.858.7400 | |
| Email: avernon@willkie.com | |
| | |
| Attorneys for Plaintiff Uber Technologies, Inc. | |

7

**CERTIFICATE OF SERVICE (CM/ECF)**

  I HEREBY CERTIFY that on July 25, 2025, I electronically filed the foregoing **JOINT MOTION TO CONTINUE THE TRIAL AND RELATED DEADLINES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Peter G. Baumann**
  peter.baumann@coag.gov

- **Tanya Santillan**
  Tanya.Santillan@coag.gov

- **J. Gregory Whitehair**
  Greg.Whitehair@coag.gov

- **Pawan Nelson**
  pawan.nelson@coag.gov

        *s/ Cammy Goodwin*

8