IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00096-DDD-KAS

UBER TECHNOLOGIES, INC.,

    Plaintiff,

v.

KRISTINA ROSETT, in her official capacity as Interim Director of the Division of Labor Standards and Statistics at the Colorado Department of Labor and Employment,

    Defendant.

## JOINT MOTION TO AMEND THE PROTECTIVE ORDER

Plaintiff Uber Technologies, Inc. ("Plaintiff" or "Uber") and Defendant Kristina Rosett ("Defendant") hereby jointly move to amend the Protective Order [ECF No. 61]. As part of the Parties' negotiated resolution of this Action, Uber must retain copies of all materials produced to date in the action for a period of five (5) years. Amendment of the Protective Order is required to effectuate this condition of settlement because the Protective Order currently requires that material protected under that order be returned or destroyed within 60 days of the final disposition of this action.

Good cause exists to enter the Amended Stipulated Protective Order. Plaintiff and Defendant have reached an agreed-upon resolution of this action, subject to the condition that the Parties modify the Protective Order to require Uber to retain copies of all materials produced in the action for a period of five (5) years. Plaintiff and Defendant have agreed that retention of materials for five (5) years is required to resolve this action, and have agreed to the proposed

Amended Stipulated Protective Order, which is attached as **Exhibit A**, to effectuate this requirement.

***

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court grant this joint Motion and enter the Amended Stipulated Protective Order (Exhibit A) as an Order of the Court.

| | |
|---|---|
| Dated: November 11, 2025 | Respectfully submitted, |

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General | s/ Michael J. Gottlieb<br>Michael J. Gottlieb<br>Jeremy Bylund<br>Willkie Farr Gallagher LLP<br>1875 K Street N.W.<br>Washington, DC 20006-1238<br>Telephone:    202.303.1016<br>Email:  MGottlieb@willkie.com<br>           jbylund@willkie.com |
| s/ Peter Baumann<br>J. GREGORY WHITEHAIR*<br>Senior Assistant Attorney General<br>PAWAN NELSON<br>Senior Assistant Attorney General<br>TANYA SANTILLAN*<br>Assistant Attorney General<br>PETER BAUMANN<br>Senior Assistant Attorney General | |
| | Alyxandra N. Vernon<br>Willkie Farr & Gallagher LLP<br>333 Bush Street, Floor 34<br>San Francisco, CA 94104<br>Telephone:    415.858.7400<br>Email:  avernon@willkie.com |
| 1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Tel.: 720-508-6584, 6578, 6130, 6152<br><br>E-Mail: greg.whitehair@coag.gov<br>pawan.nelson@coag.gov<br>tanya.santillan@coag.gov<br>peter.baumann@coag.gov<br><br>*Counsel of Record for Defendant<br>Kristina Rosett, in her official capacity | Frederick R. Yarger<br>Kathryn A. Reilly<br>Andrew S. Gehring<br>Virginia M. Creighton<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202<br>Telephone:  303.244.1800<br>Facsimile:   303.244.1879<br>Email:  yarger@wtotrial.com<br>           reilly@wtotrial.com<br>           gehring@wtotrial.com<br>           creighton@wtotrial.com<br><br>Attorneys for Plaintiff Uber Technologies, Inc. |

3

CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2025, I caused to be filed the foregoing Joint Motion for Stipulated Protective Order electronically through the CM/ECF system.

/s/ Michael J. Gottlieb
Michael J. Gottlieb

4