IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00096-DDD-KAS

UBER TECHNOLOGIES, INC.,

    Plaintiff,

v.

KRISTINA ROSETT, in her official capacity as Interim Director of the Division of Labor Standards and Statistics at the Colorado Department of Labor and Employment,

    Defendant.

---

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Uber Technologies, Inc. and Defendant Kristina Rosett hereby stipulate to the dismissal of the above-captioned action without prejudice. Each party shall bear their own fees, costs, and other expenses.

The Settlement Agreement obligates the Parties to amend the Protective Order. To accomplish this condition of settlement, the Parties have concurrently filed a joint motion to amend the Protective Order. Before closing this case, the Parties respectfully request the Court first grant the joint motion to amend the Protective Order.

Dated: November 11, 2025

Respectfully submitted,

PHILIP J. WEISER
Attorney General

*s/ Pawan Nelson*
J. GREGORY WHITEHAIR*
Senior Assistant Attorney General
PAWAN NELSON
Senior Assistant Attorney General
TANYA SANTILLAN*
Assistant Attorney General
PETER BAUMANN
Senior Assistant Attorney General

1300 Broadway, 10th Floor
Denver, CO 80203
Tel.: 720-508-6584, 6578, 6130, 6152

E-Mail: greg.whitehair@coag.gov
pawan.nelson@coag.gov
tanya.santillan@coag.gov
peter.baumann@coag.gov

*Counsel of Record for Defendant Kristina Rosett, in her official capacity*

*s/ Michael J. Gottlieb*
Michael J. Gottlieb
Jeremy Bylund
Willkie Farr Gallagher LLP
1875 K Street N.W.
Washington, DC 20006-1238
Telephone: 202.303.1016
Email: MGottlieb@willkie.com
jbylund@willkie.com

Alyxandra N. Vernon
Willkie Farr & Gallagher LLP
333 Bush Street, Floor 34
San Francisco, CA 94104
Telephone: 415.858.7400
Email: avernon@willkie.com

Frederick R. Yarger
Kathryn A. Reilly
Andrew S. Gehring
Virginia M. Creighton
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: yarger@wtotrial.com
reilly@wtotrial.com
gehring@wtotrial.com
creighton@wtotrial.com

*Attorneys for Plaintiff Uber Technologies, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2025, I caused to be filed the foregoing Stipulated Notice of Voluntary Dismissal Without Prejudice to be electronically through the CM/ECF system.

*/s/ Michael J. Gottlieb*
Michael J. Gottlieb

3